# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Suzann Norris                              ,            Case No.  13-36078
            Debtor

                                                               Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 70.25            Check one  ☐ With the filing of the petition, or
                              ☒ On or before  10/1/13

$ 70.25            on or before  11/1/13

$ 70.25            on or before  12/2/13

$ 70.25            on or before  1/3/14

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:  SEP 2 3 2013

_____
United States Bankruptcy Judge